RECEIVED
IN ALEXANDRIA, LA

SEP 1 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LESTER VALENTINE            DOCKET NO. 10-CV-0451; SEC. P
   LA. DOC #115680

VERSUS                          JUDGE DRELL

CORRECTIONS CORPORATION       MAGISTRATE JUDGE KIRK
OF AMERICA, LLC, ET A.

### REPORT AND RECOMMENDATION

Pro se plaintiff Lester Valentine filed the instant civil rights complaint (42 U.S.C. §1983) on March 8, 2010. [Doc. #1] He was granted leave to proceed in forma pauperis on April 14, 2010. [Doc. #6] On June 17, 2010, Plaintiff was ordered to amend his complaint to provide additional and more specific information regarding his claim. [Doc. #7] To date, Plaintiff has failed to comply with the Court's order.

Federal Rule of Civil Procedure Rule 41(b) permits dismissal of claims "for failure of the plaintiff to prosecute or to comply with ... any order of court...." The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant. Link v. Wabash R.R.Co., 370 U.S. 626, 630-31, 82 S.Ct. 1386, 1388-89, 8 L.Ed.2d 734 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." McCullough v. Lynaugh, 835

F.2d 1126, 1127 (5th Cir.1988). Plaintiff has failed to respond to a court order to amend his complaint.

Therefore,

**IT IS RECOMMENDED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** See, Douglass v. United Services Automobile Association, 79 F.3d 1415 (5th Cir. 1996).

Thus done and signed at Alexandria, Louisiana, this 14th day

of September, 2010.

                          _____
                          JAMES D. KIRK
                          UNITED STATES MAGISTRATE JUDGE